UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
LESHAWN YOUNG, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                No.: 1:25-cv-1328

            Plaintiffs,

                **NOTICE OF VOLUNTARY DISMISSAL**

      v.

TIFFIN UNIVERSITY,

           Defendant.
------------------------------- x

Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, TIFFIN UNIVERSITY.

Dated:   New York, New York
           June 18, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED: June 18, 2025

_____
Hon. JEANNETTE A. VARGAS
United States District Court Judge